### Pauline Siess, Defendant in Error, v. Robert Banzuly, Plaintiff in Error.

#### Gen. No. 18,641.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed November 4, 1913.

#### Statement of the Case.

Action by Pauline Siess against Robert Banzuly for damages from a breach of contract for employment. From a judgment for plaintiff, defendant brings error.

WILLIAM DANIEL JOHNSON, for plaintiff in error.

HAROLD D. HUSZAGH, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

#### Abstract of the Decision.

EVIDENCE, § 476*—*number of witnesses does not determine weight.* A judgment for a plaintiff in an action on a breach of contract for employment will not be reversed merely because there were two witnesses against one.

---

### Charles M. Hoff, Appellee, v. American Development Company, Appellant.

#### Gen. No. 18,678.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CHARLES A. McDONALD, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed and remanded. Opinion filed November 4, 1913.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.